# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KRISTINA QUARLES a/k/a Kristina Wright　　　　　　　　　　　　　　PLAINTIFF
ADC # 760441

V.　　　　　　　　　　　5:10CV00031 WRW

HEARTLAND COMMUNITY BANK;
LUANN KENWARD, Loan Officer, Heartland
Commercial Bank; NOKA EMERSON,
President, Heartland Commercial Bank; and
CHRISTY KINARD, Teller, Heartland Commercial Bank　　　　　　　DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 1st day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE