IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

TERRY JONES, PLAINTIFF

vs. Case No. 1:10CV0010 JMM

BARBARA BILLINGSLEY DEFENDANT

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this __5__ day of March, 2010.

 

James M. Moody
United States District Judge