# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARCUS BRYON LOCKHART                                                    PLAINTIFF

V.                              NO: 3:10CV00023 SWW

RON HARVEY *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE