# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARK A. BUTLER**                                                                 **PLAINTIFF**

**V.**                         **CASE NO. 3:10CV00032 JMM**

**KEITH BLACKMAN,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this __8__ day of March, 2010.

 

_____
James M. Moody
United States District Judge