# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DARRELL WAYNE LAPACH                                                         PLAINTIFF
#12210-064

v.                                     No. 4:10CV00006 JLH/HLJ

E. WILLIAMS, *et al*.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order entered separately today, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 5th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE