IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICA ACKLIN**                                                 **PLAINTIFF**

**V.**                                     **4:09CV00750 JMM**

**SECURITAS SECURITY SERVICES USA, INC.**
**and DIMITRI EPPS**                                         **DEFENDANTS**

## ORDER

The Order of this Court dated February 1, 2010 certifying a question of law to the Arkansas Supreme Court is hereby WITHDRAWN. The Court has been notified by the parties that the case has been settled. Therefore, the question of law certified to the Arkansas Supreme Court is moot.

The Clerk is directed to send a copy of this Order to the Clerk of the Arkansas Supreme Court.

IT IS SO ORDERED this 2nd day of February, 2010.

                                                           James M. Moody
                                                           United States District Judge