IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCEL WAYNE WILLIAMS                                                     PLAINTIFF

v.                                    Case No. 5:09CV00394 JLH

RAY HOBBS, Interim Director,
Arkansas Department of Correction,
in his official capacity                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the petition of Marcel Wayne Williams for relief pursuant to 28 U.S.C. § 2254 is dismissed without prejudice because Williams has not obtained authorization from the United States Court of Appeals for the Eighth Circuit to file a second or successive *habeas* petition; the claims of Marcel Wayne Williams brought pursuant to 42 U.S.C. § 1983 are dismissed without prejudice for failure to state a claim upon which relief may be granted; and the Court declines to exercise supplemental jurisdiction over the claim that Marcel Wayne Williams has asserted under the laws and Constitution of the State of Arkansas, so those claims are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE