IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON GLEN MCKINLEY,
ADC #139327                                                                          PLAINTIFF

5:07CV00239HLJ

DAVID HOOKS, et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 4th day of March, 2010.

*Henry L. Jones, Jr.*
United States Magistrate Judge

1